

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2020

No. 04-20-00118-CV

**IN THE INTEREST OF Z.E.L.B.H.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01989
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due on April 13, 2020.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court